IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| REPUBLIC ROOFING & RESTORATION, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | Case No. 2:20-cv-02250-JPM-cgc |

## VERDICT FORM

We, the jury, have reached a unanimous decision as follows:

1. Do you find that State Farm breached the terms of the insurance policy?

    Answer: Yes __✓__ or No _____

**If your answer to question No. 1 is "yes," proceed to question No. 2. If your answer to question No. 1 is "no," then have your foreperson sign and date this Verdict Form and inform the Court Security Officer that you have reached a verdict.**

2. You must now determine the amount you wish to award Plaintiff as a result of the breach of the insurance policy. What amount of damages do you award Plaintiff as a result of the breach of contract by State Farm?

    (a) **Damages:**    $ __70,419.45__

    (b) **Pre-Judgment Interest:** __2 /0__ % (Please insert the percentage of Pre-Judgment Interest that you award. The percentage cannot exceed 10% and will begin to run on May 17, 2019.)

**SO SAY WE ALL.**

_____
JURY FOREPERSON

Dated: __09-02-21__

1