IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| REPUBLIC ROOFING & RESTORATION, LLC, <br><br>Plaintiff, <br><br>v. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, <br><br>Defendant. | Case No. 2:20-cv-02250-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues have been tried and the jury duly rendered its verdict on September 2, 2021. (ECF No. 66.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict:

A Judgment is entered against State Farm Fire and Casualty Company in the amount of $70,419.45 in Damages plus 10% Pre-Judgment Yearly Simple Interest, running from May 17, 2019, in the amount of $16,186.83, for a total Judgment in the amount of $86,606.28.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE